IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SEANA CROMITIE, on behalf of herself and all others similarly situated,**<br><br>       **Plaintiff,**<br><br>     **-v-**<br><br>**MOONLIGHT SLUMBER, LLC,**<br><br>       **Defendant.** | **Civil Case Number:  1:22-cv-09102-JPO** |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:   March 17, 2023

_____    _____
Yitzchak Zelman, Esq.         Rebecca A. Stark, Esq.
MARCUS & ZELMAN, LLC      DENTONS US LLP
701 Cookman Avenue, Suite 300    1221 Avenue of the Americas
Asbury Park, NJ 07712       New York, NY 10020
Tel: (732) 695-3282        Tel: (212) 398-7614
Email: yzelman@marcuszelman.com  Email: Rebecca.stark@dentons.com

*Attorneys for Plaintiff*        *Attorneys for Defendant*
*Seana Cromitie*          *Moonlight Slumber, LLC*