IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SEANA CROMITIE, on behalf of herself and all others similarly situated,**<br><br>　　　　　　　　　　**Plaintiff,**<br><br>　　-v-<br><br>**MOONLIGHT SLUMBER, LLC,**<br><br>　　　　　　　　　　**Defendant.** | **Civil Case Number:  1:22-cv-09102-JPO** |

### [PROPOSED] DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' March 17, 2023 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:22-cv-09102-JPO**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS ____ day of _____ 2023.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE