IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEANA CROMITIE, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>  -v-<br><br>MOONLIGHT SLUMBER, LLC,<br><br>      Defendant. | Civil Case Number:  1:22-cv-09102-JPO |

### DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' March 17, 2023 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:22-cv-09102-JPO**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 20th day of March, 2023.**

_____
J. PAUL OETKEN
United States District Judge